# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSE CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> JOHN NEHER, et al., <br><br> Defendants. | CIVIL ACTION NO. 1:09-cv-11479-PBS |

## CONSENT JUDGMENT

Plaintiff, Bose Corporation (Bose), having commenced this civil action by filing its Complaint herein for alleged trademark counterfeiting and infringement, and Defendant, Ilya Mirkin (Mirkin), having agreed to entry of this Consent Judgment in settlement of the claims against Mirkin in accordance with a Settlement Agreement effective January 25, 2010.

NOW, THEREFORE, it is hereby

ORDERED, ADJUDGED, AND DECREED as follows:

I.

This Court has jurisdiction of the subject matter herein and of Mirkin. The Complaint states a claim upon which relief can be granted against Mirkin.

II.

Judgment is hereby entered in favor of Bose, and against Mirkin as alleged in Counts II and IIII of the Complaint filed in this action. Counts I and III are hereby dismissed WITH

prejudice. Mirkin shall comply with the provisions of the Settlement Agreement and this Consent Judgment.

III.

Mirkin shall refrain from infringing Bose marks identified in paragraphs 45 and 46 of the Complaint.

IV.

By their attached signatures hereto, the parties, agree to the entry of this Consent Judgment.

Respectfully submitted,

BOSE CORPORATION

By: _Charles Hieken_          By: _Ilya Mirkin_
Charles Hieken, (BBO # 233640)          Ilya Mirkin
Amy L. Brosius, (BBO # 656521)          1 Wall Street Court, Apt. 1006
Fish & Richardson P.C.          New York, NY 10005
225 Franklin Street
Boston, MA 02110-2804          *Defendant*
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

*Attorneys for Plaintiff*
*Bose Corporation*

Dated: February 5, 2010          Dated:   January 25, 2010

_____
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 8th day of February.

/s/ Andrea Lanno
Andrea Lanno