UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
BOSE CORPORATION,              )
            Plaintiff          )
                               )
v.                             )     Civil Action No. 09-11479-PBS
                               )
JOHN NEHER, ET AL              )
            Defendants         )
_____)
```

ORDER OF SEVERANCE

NOVEMBER 9, 2010

SARIS, U.S.D.J.

    Pursuant to Fed. R. Civ. P. 21, the court finds misjoinder of parties.  Currently, Bose Corporation has filed claims against numerous defendants (currently about 115) who appear to have no relationship to each other.  See generally, DIRECTTV, INC. v. Leto, 467 F.3d 482 (3d Cir. 2006)  To avoid statute of limitations consequences, I have decided to sever the claims, rather than dismiss them.  Within 60 days, plaintiff shall file an amended complaint with each severed claim, and upon paying the appropriate filing fee, the severed claim shall be randomly assigned.  Failure to do so will result in dismissal of the claim without prejudice.

    /s/ PATTI B. SARIS
    PATTI B. SARIS
    UNITED STATES DISTRICT JUDGE