IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSE CORPORATION,<br><br>*Plaintiff,*<br><br>v.<br><br>JOHN NEHER, et al.,<br><br>*Defendants.* | C.A. No. 1:09-cv-11479-PBS |

### MOTION TO WITHDRAW AS ATTORNEY FOR PLAINTIFF

Undersigned counsel, Amy Brosius, hereby requests that the Court allow her to withdraw as counsel for plaintiff Bose Corporation in the above captioned case. In support of this motion, undersigned counsel states that she will be leaving the law firm of Fish & Richardson P.C. Fish & Richardson P.C. will continue to provide representation to Bose Corporation.

Respectfully submitted by,

Dated: 12/30/2010

By: /s/Amy Brosius
Amy L. Brosius (BBO # 656521)
Fish & Richardson P.C.
One Marina Park Drive
Boston, MA 02210

*Attorneys for Plaintiff*
*BOSE CORPORATION*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 30, 2010, a true and correct copy of the foregoing document was filed with the Clerk of the Court for the District of Massachusetts via the ECF System which will send notification to all registered participants of the ECF System.

/s/ Amy L. Brosius
Amy L. Brosius